1  Theodore K. Stream, State Bar No. 138160
   Jamie Wrage, State Bar No. 188982
2  Emma D. Enriquez, State Bar No. 225059
   **GRESHAM SAVAGE NOLAN & TILDEN,**
3  **A Professional Corporation**
   3750 University Avenue, Suite 250
4  Riverside, CA 92501-3335
   Ted.Stream@greshamsavage.com
5  Jamie.Wrage@greshamsavage.com
   Emma.Enriquez@greshamsavage.com
6  Telephone:  (951) 684-2171
   Facsimile:   (951) 684-2150
7
8  Robert P. Taylor, State Bar #46046
   **MINTZ, LEVIN, COHN, FERRIS,**
9  **GLOVSKY AND POPEO, PC**
   1400 Page Mill Road
10 Palo Alto, CA 94304
   rptaylor@mintz.com
11 Telephone:  (650) 251-7740
   Facsimile:  (650) 400-6995
12
13 Attorneys for Plaintiff Psycho Monkey, LLC

14            **UNITED STATES DISTRICT COURT**

15   **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

16 PSYCHO MONKEY, LLC,                )  CASE NO.
                                      )
17           Plaintiff,               )  **COMPLAINT FOR DAMAGES
                                      )  AND INJUNCTIVE RELIEF**
18                                    )  **BASED ON:**
   v.                                 )
19                                    )  **1. COPYRIGHT INFRINGEMENT**
20 ZYNGA GAME NETWORK, INC., a        )     **[17 U.S.C. §§ 101 et. seq.]**
   Delaware Corp. and DOES 1-10,      )  **2. FEDERAL UNFAIR**
21 inclusive,                         )     **COMPETITION/FALSE**
                                      )     **DESIGNATION OF ORIGIN [15**
22           Defendants.              )     **U.S.C. §§ 1125(a) et. seq.]**
                                      )  **3. CALIFORNIA UNFAIR**
23                                    )     **COMPETITION [CALIFORNIA**
                                      )     **BUSINESS AND PROFESSIONS**
24                                    )     **CODE §§ 17200 et. seq.]**
                                      )
25                                    )  **JURY TRIAL DEMANDED**
                                      )
26
27
28
                              - 1 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
            AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-005 -- 348402.1

# I.

## NATURE OF ACTION

1.     Psycho Monkey, LLC ("Psycho Monkey") creates and manages text-based games for online, social networks.  Psycho Monkey owns the intellectual rights to a unique game, "Mob Wars", which is operated on the social network "Facebook".   After Defendants failed in its efforts to acquire "Mob Wars" and to hire Psycho Monkey's principal for development of its own games, Defendants cloned "Mob Wars" and dubbed its game "Mafia Wars".  Defendants have illegally posted "Mafia Wars" on "Myspace", "Facebook", and other social networks. "Mafia Wars" is wrongfully diverting customers and revenue from Psycho Monkey.

# II.

## JURISDICTION AND VENUE

2.     This Court has subject matter jurisdiction over the claims relating to the Copyright Act (17 U.S.C. §§ 101, 501) and the Lanham Act (15 U.S.C. §§ 1125 et. seq.) pursuant to 28 U.S.C. § 1331 (federal subject matter jurisdiction) and 28 U.S.C. §1338(a) (any act of Congress relating to copyrights, patents and trademarks).  This Court has subject matter jurisdiction over the related state law claims under 28 U.S.C. § 1367 (action asserting a state claim of unfair competition joined with a substantial and related federal claim under the patent, copyright or trademark laws).

3.     This Court has personal jurisdiction over Defendants because Defendants are doing business in California and have wrongfully diverted business from Psycho Monkey by posting "Mafia Wars" and charging fees for game usage in California.

4.     Venue is proper in this judicial district under 28 U.S.C. § 1391(b) and (c) because a substantial part of the events giving rise the claim occurred in this

- 2 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave, Ste. 250
Riverside, CA  92501-3335
(951) 684-2171

M362-005 -- 348402.1

1  District, Defendants' principal place of business is in this District, and harm to

2  Psycho Monkey has occurred in this District.  This action is properly assigned to

3  the San Francisco Division of this judicial district pursuant to Local Rules 3-2 (c)

4  and (d) because this is an intellectual property action arising in San Francisco

5  County.

### III.

### PARTIES

8      5.      Psycho Monkey is, and was at all times relevant herein, a limited

9  liability company in good standing, organized under the laws of the State of

10  California, and having its principal place of business in the State of California,

11  County of San Francisco.

12      6.      Defendant Zynga Game Network, Inc. ("Zynga") is, and was at all

13  times relevant herein, a Delaware corporation, having its registered place of

14  business in Menlo Park, County of San Mateo.  Zynga is a direct competitor of

15  Psycho Monkey's.

16      7.      Psycho Monkey is unaware of the true names and capacities, whether

17  individual, corporate or otherwise, of Defendants Does 1 through 10, inclusive, and

18  therefore sues these Defendants by such fictitious names.  Psycho Monkey will

19  seek leave to amend this complaint when the status and identity of these

20  Defendants are ascertained.  The Doe Defendants include persons and entities

21  assisting or acting in concert with the other Defendants in connection with the acts

22  complained herein.  All further references in this Complaint to "Defendant" or

23  "Defendants" expressly include each fictitiously named Defendant.

24      8.      Psycho Monkey is informed and believes and thereon alleges that at

25  all times herein mentioned and material hereto, some or all of said Defendants

26  were the officers, directors, principals, agents, servants, employees and/or

27  authorized representatives of some or each and every other Defendant, and each of

28

- 3 -

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA  92501-3335
(951) 684-2171

MS62-005 – 348402.1

1    them; and that, in doing the actions herein alleged or in not doing those acts herein

2    alleged not to have been performed by omission, said Defendants were acting

3    within the course and scope of such agency and/or authority.

**IV.**

**GENERAL ALLEGATIONS**

6      9.     In or around December 2007, David Maestri ("Maestri") created an

7    interactive, online game, "Mob Wars". Maestri is a principal of Psycho Monkey.

8      10.    Mob Wars is played on the social networking website

9    www.facebook.com ("Facebook"). Players assume the role of a mobster and

10    interact with other players on Facebook using that persona. The goal of the game

11    is to build a reputation as a mobster within the Facebook community by carrying

12    out various tasks. A player's status depends on the number of points the player has

13    accumulated.

14      11.    Players are awarded points, in large part, based on the number of

15    connections each player has within the Facebook community. A player's ability to

16    carry out assigned tasks and move on to the next level in the game depends on the

17    number of connections.

18      12.    Points are also awarded to players that agree to "click" on to links for

19    outside advertisers and to participate in certain activities therein. These links

20    generate revenue for Psycho Monkey.

21      13.    Players may also purchase points directly from Psycho Monkey.

22      14.    On July 9, 2008, Psycho Monkey registered its work, "Mob Wars",

23    with the United States Copyright Office. A true and correct copy of Certificate of

24    Registration, TX 6-851-076, is attached hereto as Exhibit "1" and is incorporated

25    by reference. The registered work includes the source code and screen shot for

26    each command term referenced in paragraph 15 below.

- 4 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-005 -- 348402.1

15.   "Mob Wars" has eleven distinct command terms.  Players must use these terms in order to advance through the game.  Players are ranked according to four categories:  (1) "bank funds", (2) "fight count", (3) "kill count", and (4) "kills on the hit list".  Players use the following eleven distinct command terms to improve rankings:

•   Job List.  The job list allows players to earn money and experience.  This is ordinarily the first command term that players engage in because they need money and experience in order to progress to the next level.  Within this command term, players are initially asked to perform tasks such as muggings, burglaries, car thefts, and liquor store robberies.  As a player earns more experience, they will be offered different jobs.  Each job requires a minimum amount of energy, weapons, or tools.  Energy is consumed every time a player completes a task.

•   Stockpile.  Players can acquire weapons, vehicles, and gadgets through this command term.  Players can use the money they earn from the "Job List" to purchase crowbars, baseball bats, guns and vehicles.  Weapons, vehicles and gadgets are necessary in order to complete high level tasks on the "Job List."  Furthermore, weapons can be used to attack other mobsters or defend attacks initiated by other mobsters.

•   Fight Now.  Players can attack and steal from rival mobsters through this command term.  By clicking on this command term, players are given a list of players (and the size of their mobs) that can be attacked.  If a player is successful in the fight, he robs that player of a portion of their money.  If a player is unsuccessful in the fight, he

- 5 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M362-005 – 348402.1

loses health and stamina points.  Players are recognized in the "Made
Men" command term for winning the most fights.

•    <u>Bank Account</u>.  Players can deposit money they earn from the
game into a Bank Account through this command term.  A player
must have a minimum of $10,000 to deposit money into the Bank.
All money in the bank account is a safe-haven for players because a
player that loses a fight or gets killed will not lose any money he has
in the bank account.

•    <u>The City</u>.  Players can claim control over the city and earn
recurring income through this command term.  Players can purchase
empty lots, city blocks, downtown squares, villas, restaurants, and
apartments.  Each property costs a different amount of money based
on the income generated therefrom.

•    <u>The Hospital</u>.  Players can heal their wounds by going to the
hospital.  As mentioned above, players will lose health and stamina
points if they lose a fight or get killed.  Players cannot go to the
Hospital unless they have a Bank Account.

•    <u>My Mob</u>.  Players can earn money for each new player that
joins their mob through this command term.  These players are
acquired by "inviting" other members of the social network to play
the game.  If the invitation is accepted, that person becomes a mob
member.  The size of a player's mob directly impacts that player's
ability to win fights and defend against attacks.

•    <u>The Hit List</u>.  Players can publicly list rival mobsters on the
"Hit List."  All players (even those that are not in your mob) are
encouraged to kill these players for two reasons.  First, players are
praised for the total number of kills they have on the Hit List in the

- 6 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-005 – 348402.1

17.     Exhibit "2" consists of true and correct copies of the following documents:  (a) Psycho Monkey's screen shots for "Mob Wars", as of July 2008, and (b) Defendants' infringing material, as of July 2008, for "Mafia Wars", as published on "Myspace".  For comparison purposes, each Psycho Monkey screen shot proceeds that of the correlating, infringing material.

**V.**

**FIRST CAUSE OF ACTION**
**(COPYRIGHT INFRINGEMENT [17 U.S.C. §§ 101, et. seq.])**
**Against All Defendants**

18.     Psycho Monkey refers to and incorporates paragraphs 1 to 17 above as though fully set forth herein.

19.     Defendants deliberately and intentionally copied the physical and operational aspects of Mob Wars.  Defendants copied Mob Wars' layout and arrangement, visual presentation, sequence and flow, scoring system, and Mob Wars' overall look.

20.     <u>Defendants Copied the Layout and Arrangement of Main Menu</u>.  Mob Wars' Main Menu is creatively structured around eleven distinct command terms – (1) "The Job List"; (2) "The Hit List"; (3) "The City"; (4) "The Bank"; (5) "The Godfather"; (6) "The Hospital"; (7) "Fight Now"; (8) "My Stockpile"; (9) "My Mob"; (10) "My Boss"; and (11) "Made Men". Defendants copied all eleven command terms and arranged the command terms, along with a similar description of each command term, in a format nearly identical to that of Mob Wars.

21.     <u>Defendants Copied the Individual Screen Displays for Each Command Term</u>.

*The Job List/Crime Jobs* – In order to gain experience in Mob Wars and Mafia Wars, a player must complete jobs or missions.  This command term is labeled "The Job List" in Mob Wars and "Crime Jobs" in Mafia Wars.  Both of these screen displays describe each task, the payout for each task, the experience for each task, the energy required for each task, and the weapons required for each task.  The following matrix shows the substantial similarity between the two screens displays.

///

///

- 7 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-005 – 348713.1

| Mob Wars | Mafia Wars |
|---|---|
| "Mugging"<br>Payout: $200-$300<br>Experience: +1<br>Req'd Energy: 1<br>Req'd Weapons: None | "Mugging"<br>Payout: $200-$300<br>Experience: +1<br>Req'd Energy: 1<br>Req'd Weapons: None |
| "House Burglary"<br>Payout: $800-$1,200<br>Experience: +3<br>Req'd Energy: 3<br>Req'd Weapons: Crowbar | "Corner Store Hold-Up"<br>Payout: $800-$1,200<br>Experience: +3<br>Req'd Energy: 3<br>Req'd Weapons: Crowbar |
| "Stoplight Car Theft"<br>Payout: $1,400 - $2,500<br>Experience: + 5<br>Req'd Energy: 5<br>Req'd Weapons: Pistol | "Warehouse Robbery"<br>Payout: $1,400-$2,500<br>Experience: +5<br>Req'd Energy: 5<br>Req'd Weapons: Colt Revolver |
| "Liquor Store Robbery"<br>Payout: $2,800 - $4,600<br>Experience: +8<br>Req'd Energy: 7<br>Req'd Weapons: Pistol & Shotgun | "Auto Theft"<br>Payout: $2,800-$4,600<br>Experience: +8<br>Req'd Energy: 7<br>Req'd Weapons: Colt Revolver and Sawed-Off Shotgun |

- *The City/Properties.* Players can acquire rental property in to build a bank account. This command term is labeled "The City" in Mob Wars and "Properties" in Mafia Wars. Screens contain the following additional similarities:

| Mob Wars | Mafia Wars |
|---|---|
| "Empty Lot"<br>Income: $100<br>Buy/Sell: $5,000 | "Abandoned Lot"<br>Income: $100<br>Buy/Sell: $5,000 |
| "City Block"<br>Income: $300<br>Buy/Sell: $50,000 | "Commercial Block"<br>Income: $300<br>Buy/Sell: $50,000 |
| "Downtown Square"<br>Income: $2,000<br>Buy/Sell: $1,000,000 | "Prime Downtown Lot"<br>Income: $2,000<br>Buy/Sell: $1,000,000 |

- 8 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

- *The Bank/The Bank.* The "bank" is a safe haven for players to store their money. This command term is labeled "The Bank" in Mafia Wars and Mob Wars. Although these screen displays are not identical, they convey the same expression in a similar manner. If players get killed in Mafia Wars or Mob Wars, they lose all money not otherwise held in a bank.

- *The Godfather/The Godfather.* The "Godfather" command term is the monetization process by which players can purchase, through "favor points" or "reward points," cash, mob members, or energy. This command term is labeled "The Godfather" in Mafia Wars and Mob Wars. This command term allows players to expedite the game-play so that they can accomplish tasks faster than normal. Players can acquire "favor points" in Mob Wars or "reward points" in Mafia Wars by signing up for certain advertising links or purchasing "favor points" or "reward points" with real money from the web host (Psycho Monkey or Zynga). The following matrix shows the substantial similarity between these two screens displays.

| Mob Wars | Mafia Wars |
|---|---|
| Offer: The Godfather offers you $5,500 for 10 favor points<br>Action: accept for 10 favor points. | Godfather's Offer: The Godfather offers you $10,000 for 10 reward points<br>Action: accept for 10 points. |
| Offer: The Godfather offers you 1 mob member (hired gun) for 20 favor points.<br>Action: accept for 20 favor points. | Offer: The Godfather offers you 1 extra family member for 20 reward points.<br>Action: accept for 20 reward points. |
| Offer: The Godfather offers you 10 energy (refill) for 10 favor points.<br>Action: accept for 10 favor points. | Offer: The Godfather offers you a full energy refill for 10 reward points.<br>Action: accept for 10 points. |

/ / /

- 9 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-005 — 348713.1

- *The Hospital/The Hospital.*  Players go to the Hospital to increase their health. This heals wounds incurred during fights/battles.  This command term is labeled "The Hospital" in both Mob Wars and Mafia Wars.  In both games, a player must use "clean" money in order to go to the Hospital.  In order to have clean money, a player must have sufficient funds to open a Bank Account ($10,000.00).

- *My Stockpile/Inventory.*  Players must have weapons in order to complete jobs or missions.  Weapons can be obtained through the "My Stockpile" command term in Mob Wars and the "Inventory" command term in Mafia Wars.  The screen displays for these command terms are nearly identical, as they both provide users with the selection of weapons, the cost of weapons, and the attack/defense value for the weapons.   The following matrix shows that the weapons cost the same and retain the same attack and defense values.

| Mob Wars | Mafia Wars |
|---|---|
| Details: Crowbar/Attack 1<br>Buy/Sell: $300 | Details: Crowbar/Attack 1/Defense 1<br>Buy/Sell: $300 |
| Details: Baseball Bat/Attack 1/Defense 1<br>Buy/Sell: $700 | Details: Baseball Bat/Attack 1/Defense 0<br>Buy/Sell: $700 |
| Details: Colt 1911/Attack 2/Defense 2<br>Buy/Sell: $1000 | Details: Colt Pistol/Attack 2/Defense 2<br>Buy/Sell: $1000 |
| Details: 44 Magnum/Attack 3/Defense 1<br>Buy/Sell: $2000 | Details: Sawed Off Shotgun/Attack 3/Defense 1<br>Buy/Sell: $2000 |
| Details: Pump-Action Shotgun/Attack 2/Defense 4<br>Buy/Sell: $3000 | Details: Grenades/Attack 2/Defense 4<br>Buy/Sell: $3000 |

- *Fight Now/FIGHT!*  Players can engage in a fight with another player using various different weapons.  This command term is labeled "Fight Now" in

- 10 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-005 -- 348713.1

Mob Wars and "FIGHT!" in Mafia Wars. Both of these screen displays are in
blue type-font and list other players (and their mob size) that are online and
can be attacked. Fighting allows users to gain experience points to move to
towards the next level. If a player wins the fight, they also steal a portion of
the other player's money.

- *My Mob/My Mafia.* Players can form strategic alliances with other users in
the platform host website (Facebook) by creating their own mob. This
command term is labeled "Your Mob" in Mob Wars and "My Mafia" in Mafia
Wars. The screen displays for both games allow players to band together and
attack other mobs, defend attacks initiated by other mobs, gain money, and
acquire experience points. Although the screen display in Mafia Wars is
slightly different from Mob Wars, the underlying expression behind these
command terms and the accompanying screen displays have been copied by
Mafia Wars.

- *The Hit List/The Hit List.* Players can list other players on the Hit List as a
retaliatory move. This command term is labeled "The Hit List" in Mob Wars
and Mafia Wars. The Hit List is publicly announced to all players and
encourages all players of the game to attack players that are listed on the Hit
List. Players that have killed the largest number of people on the Hit List are
praised in the "Top Mobsters" command term in Mob Wars and the "Top
Families" command term in Mafia Wars. Furthermore, players can steal the
money from any player they kill on the Hit List.

- *My Boss/Upgrades.* Players can view their own statistics by virtue of this
command term. This command term is labeled "My Boss" in Mob Wars and
"Upgrades" in Mafia Wars. By clicking on this command term, players are
directed to a screen display that contains a player's attack strength, defenses

- 11 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-005 — 348713.1

strength, max energy, max health, and stamina.  The following matrix shows the substantial similarity between these two screens displays.

| Mob Wars | Mafia Wars |
|---|---|
| Attack Strength: Attack points make your mob more effective when attacking other mobs. | Attack Strength: Attack points make your mob more effective when attacking other mobs. |
| Defense Strength: Defense points make your mob more effective at defending from hostile mob attacks. | Defense Power: Defense points make your mob more effective at defending from hostile mob attacks. |
| Max Energy: Increase your energy capacity to complete more jobs and other actions. | Maximum Energy: Increase your energy capacity to complete more jobs and other actions. |
| Max Health: Increase your max health to better survive intense fights. | Max Health: Increase your max health to better survive intense fights. |
| Stamina: Increase your stamina to fight more often. | Maximum Stamina: Increase your stamina to fight more often.  2 skill points needed for increase! |

- *Made Men/Top Families.*  Both Mob Wars and Mafia Wars rank players according to the same four categories: "Kill Count" (most kills); "Top Fighters" (most fights won); "Top Bounty Hunters" (most kills for people on the Hit List); and "Top Tycoons" (most money in the bank).  The following shows the screen display for this command term:

| Mob Wars | Mafia Wars |
|---|---|
| Most Deadly – Knock-out Count | Most Deadly – KO Count |
| Top Fighters – Win Count | Top Fighters – Win Count |
| Top Bounty Hunters – Head Count | Top Bounty Hunters – Head Count |
| Top Tycoons – Bank Funds | Top Tycoons – Bank Funds |

- 12 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave. Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-005 – 348713.1

Mob Wars and "My Mafia" in Mafia Wars. The screen displays for both games allow players to band together and attack other mobs, defend attacks initiated by other mobs, gain money, and acquire experience points. Although the screen display in Mafia Wars is slightly different from Mob Wars, the underlying expression behind these command terms and the accompanying screen displays have been copied by Mafia Wars.

- *The Hit List/The Hit List.* Players can list other players on the Hit List as a retaliatory move. This command term is labeled "The Hit List" in Mob Wars and Mafia Wars. The Hit List is publicly announced to all players and encourages all players of the game to attack players that are listed on the Hit List. Players that have killed the largest number of people on the Hit List are praised in the "Top Mobsters" command term in Mob Wars and the "Top Families" command term in Mafia Wars. Furthermore, players can steal the money from any player they kill on the Hit List.

- *Your Mob Boss/Profile.* Players can view their own statistics by virtue of this command term. This command term is labeled "Your Mob Boss" in Mob Wars and "Upgrades" in Mafia Wars. By clicking on this command term, players are directed to a screen display that contains a player's attack strength, defenses strength, max energy, max health, and stamina. The following matrix shows the substantial similarity between these two screens displays:

| Mob Wars | Mafia Wars |
| --- | --- |
| Attack Strength: Attack points make your mob more effective when attacking other mobs. | Attack Strength: Attack points make your mob more effective when attacking other mobs. |

- 13 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-005 – 348402.1

| | |
|---|---|
| Defense Strength: Defense points make your mob more effective at defending from hostile mob attacks. | Defense Power: Defense points make your mob more effective at defending from hostile mob attacks. |
| Max Energy: Increase your energy capacity to complete more jobs and other actions. | Maximum Energy: Increase your energy capacity to complete more jobs and other actions. |
| Max Health: Increase your max health to better survive intense fights. | Max Health: Increase your max health to better survive intense fights. |
| Stamina: Increase your stamina to fight more often. | Maximum Stamina: Increase your stamina to fight more often.  2 skill points needed for increase! |

- *Made Men/Top Families*.  Both Mob Wars and Mafia Wars rank
  players according to the same four categories: "Kill Count" (most
  kills); "Top Fighters" (most fights won); "Top Bounty Hunters"
  (most kills for people on the Hit List); and "Top Tycoons" (most
  money in the bank).  The following shows the screen display for
  this command term:

| Mob Wars | Mafia Wars |
|---|---|
| Most Deadly – Knock-out Count | Most Deadly – KO Count |
| Top Fighters – Win Count | Top Fighters – Win Count |
| Top Bounty Hunters – Head Count | Top Bounty Hunters – Head Count |
| Top Tycoons – Bank Funds | Top Tycoons – Bank Funds |

22.   Defendants Copied the Sequence and Flow of Mob Wars.  Players in

both games are confined to the same parameters based on time, energy, health,

- 14 -

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

MS62-005 – 348402.1

1    stamina, weapons, experience, and size of players' mob.  Players must efficiently

2    use their skill and calculation to complete missions, purchase weapons, acquire

3    property, fight other players, kill other players, and build their own mob.  Mob

4    Wars' sequence and flow is copied because players are required to strategically

5    balance the following two criteria: (1) the ability to complete tasks by gaining

6    experience, money, weapons, and mob members, and (2) the ability to complete

7    these tasks by efficiently managing a player's time, which can only be

8    accomplished by economically regenerating energy, health, and stamina.

9        23.    Defendants Copied The Scoring System in Mob Wars.  The scoring

10   system in Mafia Wars is substantially similar to the scoring system in Mob Wars:

11   (i) the choice of weapons, their functions and their prices are virtually identical; (ii)

12   the choice of jobs, the weapons and energy needed to complete the jobs, and the

13   experience points received for completing jobs are virtually identical; (iii) the price

14   of properties, the choice of properties, and the income from owning properties are

15   virtually identical; (iv) the costs to purchase godfather reward points ("favor

16   points" or "reward points") are virtually identical; (v) the requirements for the

17   "hitlist" are identical; and (vi) the "upgrade" feature is virtually identical because

18   the values for increase strength, energy, health, and stamina are substantially

19   similar.

20       24.    Defendants Copied The Overall Plot, Theme, Mood, Setting, Pace,

21   Characters, and Sequence of Mob Wars.  As demonstrated in more detail above,

22   Mafia Wars copied the physical and operational aspects of Mob Wars by copying

23   the layout and arrangement of Mob Wars, the visual presentation of each screen

24   display within the game, the sequence and flow of the game, the scoring system

25   used by the game, and the overall look and feel of the game.  Furthermore, Mafia

26   Wars copied the underlying premise behind the game, which is to build your bank

27   account, form your own mob (by making alliances with other users on the social

28

- 15 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-005 — 348402.1

networking website or by purchasing mob members from Psycho Monkey),
fighting and killing rival mob members, and killing people on the "hit list."
Therefore, Defendants copied the same plot, theme, mood, setting, pace,
characters, and sequence of events from Mob Wars.

25.    Defendants copied Mob Wars in a manner that clearly infringes on
Psycho Monkey's copyright and unless Defendants are enjoined, they will continue
do so.    At no time did Psycho Monkey authorize Defendants to reproduce, adapt,
or distribute Mob Wars.

26.    Each player that is wrongfully diverted to Mafia Wars constitutes an
entire network of social connections and related revenues (each player's social
network on Facebook is part of the player's value as a customer to Psycho
Monkey).

27.    As a direct result of Defendants' infringement of Psycho Monkey's
rights, Psycho Monkey has sustained, and will continue to sustain, substantial
injury, loss, and damages in an amount exceeding $100,000.00 and as proven at
trial.

28.    Psycho Monkey is entitled to a permanent injunction restraining
Defendants, their officers, directors, agents, employees, representatives and all
persons acting in concert with them from engaging in further acts of copyright
infringement.

29.    Psycho Monkey is further entitled to recover from Defendants the
gains, profits and advantages Defendants have obtained as a result of their acts of
copyright infringement.  Psycho Monkey is at present unable to ascertain the full
extent of the gains, profits and advantages Defendants have obtained by reason of
their acts of copyright infringement, but Psycho Monkey is informed and believes,
and on that basis alleges, that Defendants obtained such gains, profits and
advantages in an amount exceeding $500,000.00.

- 16 -

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave, Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-005 – 348402.1

# VI.

## SECOND CAUSE OF ACTION

## (UNFAIR COMPEITION/FALSE DESIGNATION OF ORIGIN [15 U.S.C. 1125(a)])

### Against All Defendants

30.     Psycho Monkey refers to and incorporates paragraphs 1 to 29 above as though fully set forth herein.

31.     Psycho Monkey operates Mob Wars, its flagship game, under the mark "Mob Wars". The mark consists of the words in a stylized format.

32.     Psycho Monkey first adopted and began using this mark in or around February of 2008 when it launched Mob Wars on Facebook and the mark is protected under common law.  Psycho Monkey is in the process of obtaining formal trademark registration.

33.     Psycho Monkey has continuously used this mark since that date to identify its Mob Wars game and the mark is intended to identify the game across different social networking platforms.

34.     Mob Wars has over 3 million subscribers.  The internet, however, constitutes a virtual market that spans the globe.  Psycho Monkey has worked to promote this mark as part of its distinctive game site within the social networking community.

35.     The font type/graphic style for "Mafia Wars" is markedly similar to "Mob Wars".  Defendants have placed the name "Mafia Wars" in or around the same locations throughout the game as in Mob Wars.

36.     Defendants' violation of Psycho Monkey's common law trademark rights is likely to cause confusion, mistake, or deception among customers in violation of the Lanham Act.

37.     Each player that is wrongfully diverted to Mafia Wars constitutes an entire network of social connections and related revenues (each player's social

- 17 -

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M362-005 -- 348402.1

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION AND CALIFORNIA UNFAIR COMPETITION

1  network on Facebook is part of the player's value as a customer to Psycho

2  Monkey).

3      38.    As a direct result of Defendants' violation of 15 U.S.C. §§ 1125(a) et.

4  seq., ("Lanham Act"), Psycho Monkey has sustained, and will continue to sustain,

5  substantial injury, loss and damages in an amount exceeding $100,000.00 and as

6  proven at trial.

7      39.    Psycho Monkey is entitled to a permanent injunction restraining

8  Defendants, their officers, directors, agents, employees, representatives and all

9  persons acting in concert with them from engaging in the conduct described herein

10 that violates the Lanham Act.

11     40.    Psycho Monkey is further entitled to recover from Defendants the

12 gains, profits, and advantages Defendants have obtained as a result of their

13 violation of the Lanham Act.  Psycho Monkey is at present unable to ascertain the

14 full extent of the gains, profits, and advantages Defendants have obtained by

15 reason of their acts of copyright infringement, but Psycho Monkey is informed and

16 believes, and on that basis alleges, that Defendants obtained such gains, profits,

17 and advantages in an amount exceeding $500,000.00.

18                            **VII.**

19                  **THIRD CAUSE OF ACTION**

20  **(UNFAIR COMPETITION UNDER CALIFORNIA BUSINESS AND
    PROFESSIONS CODE § 17200)**

21              **Against All Defendants**

22     41.    Psycho Monkey refers to and incorporates paragraphs 1 to 40 above

23 as though fully set forth herein.

24     42.    The aforesaid acts by Defendants illegally infringe upon Psycho

25 Monkey's intellectual property rights and have wrongfully diverted business away

26 from Psycho Monkey.  Defendants have, and continue to, unfairly compete with

27

28                                - 18 -

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA  92501-3335
(951) 684-2171

MS62-005 -- 348402.1

Psycho Monkey in violation of California Business and Professions Code §§ 17200

et. seq. (California Unfair Competition Law, the "UCL").

43.    Defendants' actions as alleged above violate the "unfair" prong of the

UCL because (a) the utility of such actions is outweighed by the gravity of the

harm they cause to Psycho Monkey, (b) such actions are immoral, unethical,

oppressive, unscrupulous, and substantially injurious to consumers, and (c) such

actions constitute incipient violations of state and federal copyright laws.

44.    Defendants' actions as alleged above violate the "fraudulent" prong of

the UCL because they are likely to mislead and confuse a statistically significant

percentage of reasonable consumers.

45.    Defendants' actions as alleged above violate the "unlawful" prong of

the UCL because those same actions also constitute violations of the state and

federal statutes set forth above.

46.    Defendants' conduct has injured Psycho Monkey and, unless

enjoined, will continue to cause great, immediate, and irreparable injury to Psycho

Monkey.

47.    Psycho Monkey is without an adequate remedy at law.

48.    Psycho Monkey is therefore entitled to injunctive relief and an order

for disgorgement of all of Defendants' ill-gotten gains pursuant to California

Business and Professions Code § 17203.

## PRAYER

**WHEREFORE**, Psycho Monkey prays for judgment against Defendants as

follows:

1.    For a permanent injunction enjoining Defendants and all persons

acting in concert with them from manufacturing, producing, distributing, adapting,

displaying, advertising, promoting, offering for sale and/or selling, or performing

any materials that are substantially similar to Mob Wars, and to deliver to the

- 19 -

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave. Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

MS62-005 -- 348402.1

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

1  Court for destruction or other reasonable disposition all materials and means for
2  producing the same in Defendants' possession or control;
3       2.      For a permanent injunction, enjoining Defendants and all persons
4  acting in concert with them from using the name "Mafia Wars" in connection with
5  any web-based mafia-style video game on any social networking website or from
6  otherwise using Psycho Monkey's mark, "Mob Wars", or in any way causing the
7  likelihood of confusion, deception, or mistake as to the source, nature, or quality of
8  Defendants' games and to deliver to the Court for destruction or other reasonable
9  disposition all materials bearing the infringing mark in Defendants possession or
10  control;
11       3.      For any and all damages sustained by Psycho Monkey in a sum no
12  less than $100,000.00;
13       4.      For all of Defendants' profits wrongfully derived from the
14  infringement of Psycho Monkey's intellectual property rights in an amount no less
15  than $500,000.00;
16       5.      For reasonable attorney's fees;
17       6.      For costs of suit herein; and
18       7.      For other such relief as the Court deems proper.
19
20  Dated: February 10, 2009        GRESHAM SAVAGE NOLAN & TILDEN,
                                    A Professional Corporation
21
22                              By
23                                  Theodore K. Stream
                                    Jamie Wrage
24                                  Emma D. Enriquez
                                    Attorneys for Plaintiff, Psycho Monkey, LLC
25
26
27
28                                   - 20 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
                 AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

MS62-005 -- 348402.1

## DEMAND FOR JURY TRIAL

Plaintiff Psycho Monkey hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: February 10, 2009

GRESHAM SAVAGE NOLAN & TILDEN,
A Professional Corporation


By: _____
     Theodore K. Stream
     Jamie Wrage
     Emma D. Enriquez
     Attorneys for Plaintiff, Psycho Monkey, LLC

- 21 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A Professional Corporation
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

MS62-005 -- 348402.1

**EXHIBIT 1**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-851-076**

**Effective date of registration:**

July 9, 2008

---

## Title

**Title of Work:** "Mob Wars"

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** February 1, 2008     **Nation of 1st Publication:** United States

## Author

**Author:** David Thomas Maestri

**Author Created:** computer program

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

**Year Born:** 1983

## Copyright claimant

**Copyright Claimant:** Psycho Monkey, LLC
1738 Larkin Street, San Francisco, CA, 94109, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Adam A. Burton

**Date:** July 9, 2008

---

**Correspondence:** Yes

**IPN#:**

★ ★

**Registration #:**   TX0006851076

**Service Request #:**   1-75599331

Gresham Savage Nolan & Tilden, APC
Adam A. Burton
3750 University Avenue
Suite 250
Riverside, CA 92501  United States

**EXHIBIT 2**

## MAIN INTERFACE

Profile   Edit   Friends ▼   Inbox ▼                                home  account  privacy  logout

*NEW:* Download a Facebook Toolbar For IE Now!                    ➡ **Download**

# Mob Wars

Cash: $3000      Health: 55/100      Energy: 10/10      Stamina: 0/3      Exp: 0      Level: 1

## Main Menu

- (Make some fast money and gain experience.)
- (Get the kill and take home the cash.)
- (Claim control of the city to earn recurring income.)
- (Safehouse your earnings here, but for a fee.)
- (Help The Godfather, earn big rewards in return.)
- (Pay a doctor to stitch up those bullet wounds.)
- (Attack and rob rival mobsters.)
- (Equip your mob with weapons, vehicles, and gadgets.)
- (Gain $1000 for each friend who joins your mob.)
- (View and level-up your character.)
- (Pay your respects to the top mobsters on Mob Wars.)

Status: More health in 125 seconds. More stamina in 99 seconds.

Above is facebook.com mobwars



Above Mafia Wars from Myspace.com is almost identical interface and menu system as mob wars. Wording is practically the same a few words have been changed.

## JOB INTERFACE

Collect Famous NBA Stars! Kobe, KG, CP3, Shaq & More!    OKAY!

# Mob Wars

Cash: $3000    Health: 100/100    Energy: 10/10    Stamina: 3/3    Exp: 0    Level: 1

[          ]

## The Job List

| Description / Payout | Job Requirements | Action |
|---|---|---|
| **Mugging** <br> Payout: <br> Experience: +1 | Energy: 1 | Do Job |
| **House Burglary** <br> Payout: <br> Experience: +3 | Energy: 3 | Do Job |
| **Stoplight Car Theft** <br> Payout: <br> Experience: +5 | Energy: 5 | Do Job |
| **Liquor Store Robbery** <br> Payout: <br> Experience: +8 | Energy: 7 <br> Mobsters: 1 | Do Job |

Above is Mob Wars from facebook.com



Descriptions of jobs have been changed everything else seems to be exactly the same including payout ranges, experience gained per job, requirements, etc.

## THE CITY INTERFACE



Mob Wars City Interface



Above is the properties interface for mafia wars. Once again looks like all that was changed was the pictures and the descriptions pricing and layout are the same as mob wars.

## THE BANK



From Mob Wars Facebook.com



From Mafia Wars myspace.com

## THE GODFATHER

# Mob Wars

Cash: $3000      Health: 100/100      Energy: 10/10      Stamina: 3/3      Exp: 0      Level: 1

[          ]

## The Godfather      (You have 10 favor points)

Complete offers below to earn favor points from The Godfather. Each day, The Godfather will offer you various rewards such as cash, special items, properties, mob members, etc. in return for favor points.

**Offer**                                                                                     **Action**

The Godfather offers you $5500 for 10 favor points.

The Godfather offers you 1 mob member (hired gun) for 20 favor points.

The Godfather offers you 10 energy (refill) for 10 favor points.

## Earn Favor Points

Note: To get a specific amount of points (also the most direct way to support mob wars) look for the "Sparechange" or "Mobil cash" offers.

Missing Favor Points?                                1                          View Offer Status

**SHOW ONLY: All |        |**

**Want quick Favor Points? Buy them fast with:**



The offers are basically the same as Mob wars. Some of the dollar amount for the first offer has been changed but everything else is the same including the quantity of reward points needed per offer. Note that the "view offer status" button is exactly the same as in mob wars. Also new players start with 10 points in both games.

## THE HOSPITAL

You have been challenged by a friend to beat their score of 115!

# Mob Wars

Cash: $3000     Health: 56/100     Energy: 10/10     Stamina: 2/3     Exp: 0     Level: 1

[                    ]

## The Hospital

You can pay a doctor to regain your health. Doctors must be paid with clean money from          . You currently have      in the bank.

Do Healing:     Heal your boss for $348

# MaFia Wars

Cash: $3,337     Health: 41/100     Energy: 10/10     Stamina: 1/3     Experience: 10     Level: 1

[                    ]

## The Hospital

You can pay a doctor to increase your health. Doctors must be paid with clean money from

Healing:     Heal your character for $1,475

## THE STOCKPILE/INVENTORY



# The Stockpile

| Item Pic | Details | Buy / Sell |
|---|---|---|
| | **Crowbar**<br>Attack: 1 | Owned: **0**<br>[ 1 ▾ ] [ Buy ] |
| | **Baseball Bat**<br>Attack: 1<br>Defense: 1 | Owned: **0**<br>[ 1 ▾ ] [ Buy ] |
| | **Colt 1911**<br>Attack: 2<br>Defense: 2 | Owned: **0**<br>[ 1 ▾ ] [ Buy ] |
| | **44 Magnum**<br>Attack: 3<br>Defense: 1 | Owned: **0**<br>[ 1 ▾ ] [ Buy ] |
| | **Pump-Action Shotgun**<br>Attack: 2<br>Defense: 4 | Owned: **0**<br>[ 1 ▾ ] [ Buy ] |
| | **Tommy Gun**<br>Attack: 3<br>Defense: 3 | Owned: **0** |

Above from MobWars



Uses different picture and types of weapons compared to mob wars but all other values for the weapons are the same. If you descend down the list you will notice that the weapons cost the same and retain the same attack and defense value. For example the forth weapon in both games cost $2000 and has an Attack value of 3 and a Defense value of 1.

## YOUR MOB/MAFIA

**Mob Wars**

Cash: $3000     Health: 100/100     Energy: 10/10     Stamina: 3/3     Exp: 0     Level: 1

[                    ]

### Your Mob (                    )

You currently have no members in your mob.

To recruit your friends, select the pictures below. You will earn $1000 for each friend that joins your mob. In order to build a successful mob, each day you should select all friends from below who are most likely to join.

**Click the pictures of your friends, then invite them to join your mob. Earn $1000 for each.**

Skip

Add up to 10 of your friends by clicking on their pictures below.

**Find Friends:**   Start Typing a Friend's Name

View All     |     Selected (**0**)     Unselected



A little different since it is using myspace.com interface rather then facebook, but basically follows the same concept. You can add your friends to make your mob or family larger and stronger.

## MOB BOSS/UPGRADES



Profile  edit   **Friends** ▼   **Inbox** ▼              home  account  privacy  logout

- 1 New Offer -

**(2) friends think you're dumber than George Bush**
1 scored lower (112), 1 scored higher (132).

Ads by Lookery

# Mob Wars

Cash: $3000    Health: 100/100    Energy: 10/10    Stamina: 3/3    Exp: 0    Level: 1

[                    ]

# Your Mob Boss

You need 20 more experience points to get to the next level.

| Attribute | Value | Description |
|---|---|---|
| Attack Strength | 1 | Attack points make your mob more effective when attacking other mobs |
| Defense Strength | 1 | Defense points make your mob more effective at defending from hostile mob attacks. |
| Max Energy | 10 | Increase your energy capacity to complete more jobs and other actions. |
| Max Health | 100 | Increase your max health to better survive intense fights. |
| Stamina | 3 | Increase your stamina to fight more often. |

Page built by Mob Wars (…)        About   Find Friends   Advertising   Developers   Terms   Privacy   Help



Descriptions and values are duplicated verbatim. Mafia Wars refers to your group as family in the upgrades page it refers to the family as mob just like Mob Wars.

## TOP MOBSTERS/FAMILIES

[            ]

# Top Mobsters

| Most Deadly | Kill Count | Top Fighters | Win Count |
|---|---|---|---|
| | 21084 | | 32671 |
| | 11232 | | 31558 |
| | 8455 | | 28533 |
| | 8392 | | 27349 |
| | 7822 | | 26125 |
| | 7520 | | |
| | 7327 | | 26102 |
| | 6579 | | 23098 |
| | 6458 | | 22901 |
| | 6429 | | 22735 |
| | 6262 | | 22426 |
| | 6242 | | 21530 |
| | 6102 | | 21125 |
| | 5838 | | 20791 |
| | 5685 | | 20650 |
| | 5675 | | 20194 |
| | 5631 | | 20024 |
| | 5448 | | 19826 |
| | 5426 | | 19628 |
| | 5169 | | 19002 |
| | 5114 | | 18997 |
| | 5002 | | 18659 |
| | 4993 | | 18614 |
| | 4953 | | 18539 |
| | 4659 | | 18513 |
| | | | 18497 |

| Top Bounty Hunters | Head Count | Top Tycoons | Bank Funds |
|---|---|---|---|
| | 4968 | | 143255904802 |
| | 4889 | | 140693697685 |
| | 4250 | | 117154971720 |
| | 4043 | | 112652353752 |
| | 3449 | | 100000000000 |
| | 3223 | | 89452545574 |
| | 2900 | | 88400274932 |
| | 2813 | | 88103041982 |
| | 2711 | | 86147259235 |
| | 2646 | | 81492915749 |
| | 2452 | | 80756511543 |
| | 2423 | | 80416068228 |
| | 2344 | | 80119334583 |
| | 2301 | | 79458268799 |
| | 2219 | | 79318474456 |
| | 2121 | | 78054251495 |
| | 2088 | | 76993253853 |
| | 2077 | | 76891154762 |
| | 2057 | | 75981451109 |
| | 2046 | | 75274841264 |
| | 2006 | | 71852520356 |
| | 1955 | | 71761022355 |
| | 1908 | | 70982073143 |
| | 1886 | | 70839676215 |
| | 1872 | | 70484241043 |

Mob Wars

# MaFia Wars

| Cash: $3,337 | Health: 100/100 | Energy: 10/10 | Stamina: 3/3 | Experience: 10 | Level: 1 |

[ ]

## Top Families

| Most Deadly | Knock-out Count | Top Fighters | Win Count |
|---|---|---|---|
| | 0 | The Gentle Don | 2528 |
| %uFF39%uFF41% | 0 | ambino | 1964 |
| uFF53%uFF55 | | Giovanni | 1943 |
| Teddy Bear | 0 | Al Capowned | 1800 |
| | 0 | Marco Diarco | 1770 |
| kennta | 0 | Big Jer | 1652 |
| REMI | 0 | BLACK WIDOW'S | 1371 |
| DJ Johndice | 0 | Redmen | 1144 |
| armondo | 0 | Reaper | 1131 |
| | 0 | CONRADO HERNANDO | 1072 |
| Vince | 0 | Ritzaack | 940 |
| lil beezy | 0 | DOUBLE D INC! | 917 |
| Natural born killah | 0 | icuqtu | 911 |
| the killa | 0 | J-Dubb | 867 |
| The god-sister | 0 | FPR | 827 |
| Min Pin | 0 | Stilleto Killers | 826 |
| ATRON | 0 | big G | 825 |
| | 0 | kyshedevil | 815 |
| LEONI | 0 | vzheezy | 813 |
| | 0 | D Mon | 804 |
| GodFather | 0 | | |

| Top Bounty Hunters | Head Count | Top Tycoons | Bank Funds |
|---|---|---|---|
| icuqtu | 248 | Gav | $99,999,999,999,999 |
| babi boi | 236 | Jimmy "The Heat" | $99,999,999,999,999 |
| Marco Diarco | 232 | Roperto | |
| Reaper | 208 | Lil Savior | $99,999,999,999,997 |
| Bragole | 117 | Honeybun | $99,999,999,997,498 |
| bulls bitch | 112 | Spiked Heels | $99,999,999,996,090 |
| Leo Kondrarie | 111 | Troy | $99,999,999,995,974 |
| CONRADO HERNANDO | 102 | UnLeAsHeD | $99,999,999,995,049 |
| Poppi | 91 | Big D | $98,999,999,995,624 |
| whacha weenie | 88 | Don Arturo de Ventresca | $98,089,900,010,506 |
| BULLIANO | 85 | Bragole | $90,943,029,011,871 |
| Isabella | 85 | Don Giovanni | $90,901,970,470,647 |
| The Gentle Don | 84 | Motello | $90,003,953,524,762 |
| rezzy | 84 | Fat Joe | $90,003,664,697,397 |
| MisterE | 84 | Big G | $90,002,244,395,517 |
| tommo the godfather | 82 | the gangs moni | $89,999,947,986,961 |
| vinnie_hegadonuts | 78 | Sabremanx | $89,997,509,722,934 |
| star | 74 | Zachery T. Emory | $89,940,356,833,976 |
| crazyblonde | 72 | M.O.D | $89,732,859,029,251 |
| Cobra | 69 | [Smitty]-Gsu2122 | $88,199,980,797,456 |
| | | d Rizzock | $87,859,625,702,635 |

This page follows the same format as Mob Wars. "Kill Count" was changed to "Knock-out Count" all other categories are the same. This page displays players with the highest scores in each category.