1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Claude M. Stern (Bar No. 96737)
2   claudestern@quinnemanuel.com
    Rachel Herrick Kassabian (Bar No. 191060)
3   rachelkassabian@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
5  Facsimile:    (650) 801-5100

6    David J. Ruderman (Bar No. 245989)
     davidruderman@quinnemanuel.com
7  50 California Street, 22nd Floor
   San Francisco, California 94111-4624
8  Telephone:    (415) 875-6600
   Facsimile:    (415) 875-6700
9

10 Attorneys for Defendant
   Zynga Game Network, Inc.
11

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                          OAKLAND DIVISION
15

16 PSYCHO MONKEY, LLC,                    CASE NO. 4:09-cv-0603-SBA

17         Plaintiff,                     [PROPOSED] ORDER GRANTING
                                          DEFENDANT ZYNGA GAME
18     vs.                                NETWORK, INC.'S MOTION TO
                                          DISMISS
19 ZYNGA GAME NETWORK, INC., a
   Delaware Corp., and DOES 1-10, inclusive,
20
           Defendants.

21
22
23
24
25
26
27
28

51502/2857752.1

# [PROPOSED] ORDER

Now pending before the Court is Defendant Zynga Game Network, Inc.'s Motion To Dismiss or, in the Alternative, To Strike Portions of Plaintiff Psycho Monkey, LLC's Amended Complaint. Upon consideration of the supporting and opposing papers, the pleadings in this action and the arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that

1. Defendant's Motion To Dismiss is GRANTED.

2. Plaintiff's third cause of action for unfair competition under California Business and Professions Code § 17200 is dismissed with prejudice to the extent it is premised on the underlying "unlawful" act of alleged copyright infringement, because such claim is completely preempted by the Copyright Act, 17 U.S.C. § 301(a).

3. Plaintiff's third cause of action for unfair competition under California Business and Professions Code § 17200 is dismissed with prejudice to the extent it is premised on alleged "unfair" conduct, because it fails to state a claim upon which relief can be granted.

IT IS SO ORDERED.

DATED: 5/11/09

_____
Hon. Saundra Brown Armstrong
United States District Judge