QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100

  David J. Ruderman (Bar No. 245989)
  davidruderman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Defendant
Zynga Game Network, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PSYCHO MONKEY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ZYNGA GAME NETWORK, INC., a Delaware Corp., and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 4:09-cv-0603-SBA <br><br> [PROPOSED] ORDER GRANTING DEFENDANT ZYNGA GAME NETWORK, INC.'S MOTION TO DISMISS |

51502/2857752.1

Case No. 4:09-cv-0603 SBA
[PROPOSED] ORDER GRANTING DEFENDANT ZYNGA GAME NETWORK, INC.'S MOTION TO DISMISS

# [PROPOSED] ORDER

Now pending before the Court is Defendant Zynga Game Network, Inc.'s Motion To Dismiss or, in the Alternative, To Strike Portions of Plaintiff Psycho Monkey, LLC's Amended Complaint. Upon consideration of the supporting and opposing papers, the pleadings in this action and the arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that

1. Defendant's Motion To Dismiss is GRANTED.

2. Plaintiff's third cause of action for unfair competition under California Business and Professions Code § 17200 is dismissed with prejudice to the extent it is premised on the underlying "unlawful" act of alleged copyright infringement, because such claim is completely preempted by the Copyright Act, 17 U.S.C. § 301(a).

3. Plaintiff's third cause of action for unfair competition under California Business and Professions Code § 17200 is dismissed with prejudice to the extent it is premised on alleged "unfair" conduct, because it fails to state a claim upon which relief can be granted.

IT IS SO ORDERED.

DATED: 5/11/09

_____
Hon. Saundra Brown Armstrong
United States District Judge