UNITED STATES  DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PSYCHO MONKEY, LLC

                    Plaintiff(s),                    No. C 09-00603 SBA (MEJ)

          v.                                         **NOTICE OF REFERENCE FOR**
                                                     **PURPOSES OF DISCOVERY**
ZYNGA GAME NETWORK, INC.

                    Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

          The above-captioned case was referred to Magistrate Judge Maria-Elena James for purposes

of discovery.  Please be advised that if a specific motion was filed before the district court prior to

this referral, the noticed date will no longer be in effect.  Rather, the parties shall comply with Judge

James' Standing Order Regarding Discovery and Dispute Procedures, a copy of which may be

obtained from the Northern District of California's website at http://www.cand.uscourts.gov/From

the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James.

          Counsel are advised that in regard to any pending discovery disputes, they must comply with

Judge James' standing order and meet and confer in person.  If the parties are unable to resolve their

dispute after the meet and confer session, they shall file a joint meet and confer letter.  A separate

letter should be filed for each category of discovery and/or issue in dispute.  Upon careful review of

the parties' letter, the Court will either order further briefing, oral argument, or deem the matter

submitted on the papers.  Accordingly, any pending discovery motions are hereby DENIED

WITHOUT PREJUDICE to the filing of a joint letter.

          Further, when filing papers that require the Court to take any action (e.g. motions, meet and

confer letters, administrative requests), the parties shall, in addition to filing papers electronically,

lodge with chambers a printed copy of the papers by noon of the next court day following the day

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

the papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and shall

be submitted to the Clerk's Office, in an envelope clearly marked with Judge James' name, case

number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document with

the Clerk's Office that has already been filed electronically.

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any

questions.

**IT IS SO ORDERED**

Dated: June 18, 2009

_____
Maria-Elena James
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

2