QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100
  David J. Ruderman (Bar No. 245989)
  davidruderman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4624
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Defendant
Zynga Game Network, Inc.

GRESHAM SAVAGE NOLAN & TILDEN
A Professional Corporation
  Theodore K. Stream (Bar No. 138160)
  Jamie Wrage (Bar No. 188982)
  Emma D. Enriquez (Bar No. 225059)
3750 University Avenue, Suite 250
Riverside, CA  92501-3335
Telephone:  (951) 684-2717
Facsimile:   (951) 684-2150

Attorneys for Plaintiff
Psycho Monkey, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PSYCHO MONKEY, LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>ZYNGA GAME NETWORK, INC., a Delaware Corp., and DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO. 4:09-cv-0603-SBA<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR:**<br>**(1) DEFENDANT'S RESPONSIVE PLEADING;**<br>**(2) CASE MANAGEMENT STATEMENT; AND**<br>**(3) RULE 26(a) INITIAL DISCLOSURES.** |

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY |
| 3 | ORDERED THAT the following upcoming deadlines in this case shall be extended by |
| 4 | approximately thirty (30) days, as follows: |
| 5 | (1) Defendant Zynga Game Network, Inc. shall have until August 13, 2009 in which to file |
| 6 | its responsive pleading to the Amended Complaint; |
| 7 | (3) The parties shall have until August 20, 2009 to file their Joint Case Management |
| 8 | Statement; and |
| 9 | (4) The parties shall have until August 20, 2009 to make their initial disclosures under Fed. |
| 10 | R. Civ. P. 26(a). |
| 11 | IT IS SO ORDERED. |
| 12 |  |
| 13 | DATED: 7/14/09 |
| 14 |  |
| 15 | *Saundra B. Armstrong* |
| 16 | Hon. Saundra Brown Armstrong<br>United States District Judge |